

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-14-00004-CV

___

IN THE INTEREST OF K.G., K.G., CHILDREN

___

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2010-553,920, Honorable J. Blair Cherry, Presiding

___

March 5, 2014

Opinion on Motion to Dismiss

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Through his lawyer, Manuel Green filed a motion to dismiss his appeal. The motion is unopposed. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam